628

tiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Hobert Price* for petitioner. *Mr. W. J. Rutledge, Jr.,* for respondents.

No. 826. IRVING TRUST CO., TRUSTEE IN BANKRUPTCY, *v.* BANK OF AMERICA NATIONAL ASSN. April 2, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Robert C. Morris, Martin Saxe,* and *Robert C. Beatty* for petitioner. *Mr. Moses Cohen* for respondent.

No. 844. BONDHOLDERS' COMMITTEE ET AL. *v.* REALTY ASSOCIATES SECURITIES CORP. ET AL. April 2, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Archibald Palmer* for petitioners. *Mr. Alfred T. Davison* for respondents.

No. 849. TITLE GUARANTEE & TRUST CO. *v.* BOWERS, EXECUTOR. April 2, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Graham Sumner* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Erwin N. Griswold, Sewall Key,* and *Lucius A. Buck* for respondent.

No. 852. NOAKES *v.* STANDARD OIL CO. ET AL. April 2, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Cleon K. Calvert* and *George R. Hunt* for petitioner. *Messrs. Wm. Marshall Bullitt* and *John E. Tarrant* for respondents.